IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EDDIE EUGENE BREWER, #723891, | § § § | |
| *Plaintiff,* | § § | Civil Action No. 6:14cv10 |
| v. | § § | |
| WILLIAM STEPHENS, ET AL., | § § § | |
| *Defendants.* | § | |

## ORDER DENYING PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION

The above-entitled and numbered civil action was directly assigned to United States Magistrate Judge John D. Love, who subsequently issued a Report and Recommendation on Plaintiff's Order to Show Cause for an [*sic*] Preliminary Injunction (Docket Entry #7), construed as a Motion for a Temporary Restraining Order and/or Preliminary Injunction. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations that Plaintiff's motion be denied, has been presented for consideration. No objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Plaintiff's Motion for a Temporary Restraining Order and/or Preliminary Injunction (Docket Entry #7) is hereby **DENIED**.

**So ORDERED and SIGNED this 30th day of May, 2014.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**