IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| EDDIE EUGENE BREWER, #723891, | § | |
| *Plaintiff,* | § § § | |
| | § | Civil Action No. 6:14cv10 |
| v. | § § | |
| WILLIAM STEPHENS, ET AL., | § § | |
| *Defendants.* | § § | |

## ORDER OF PARTIAL DISMISSAL

The above-entitled and numbered civil action was directly assigned to United States Magistrate Judge John D. Love, who subsequently issued a Report and Recommendation that Defendant Stephens should be dismissed from the lawsuit. No objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. Accordingly,

**IT IS HEREBY ORDERED** that Defendant William Stephens is **DISMISSED WITH PREJUDICE** from this action.

**It is SO ORDERED.**

**SIGNED this 1st day of July, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE